# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2010

139582

PATRICIA PAQUETTE, Guardian and
Conservator of RICHARD PAQUETTE, a
Legally Incapacitated Person,
          Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTO INSURANCE
COMPANY,
          Defendant-Appellant,

and

ARVILLA WOODS, SHANNE SMITH, and
MARISSA GIBBONS,
          Defendants.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 139582
COA: 279909
Macomb CC: 2004-002787-NO

By order of February 26, 2010, the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals was held in abeyance pending the decision in *Univ of Mich Regents v Titan Ins Co* (Docket No. 136905). On order of the Court, the case having been decided on July 31, 2010, 487 Mich ___ (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN, J. (*concurring*).

I continue to adhere to the analyses set forth in Justice MARKMAN's dissenting opinion in *Univ of Mich Regents v Titan Ins Co*, 487 Mich ___ (2010), and my statement dissenting from the denial of rehearing in that case, ___ Mich ___ (2010) (October 15, 2010).

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

_____
Clerk

p1018